IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO.11-01258LEK |
| | ) |
| Plaintiff, | ) |
| | ) ORDER ON GOVERNMENT'S MOTION FOR |
| v. | ) STATUTORY MOIETY PAYMENTS |
| | ) |
| KEOJE MARINE CO. LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER ON GOVERNMENT'S MOTION FOR STATUTORY MOIETY PAYMENTS

Came on for consideration in the above-captioned matter, Government's Motion for Statutory Moiety Payments. After considering the Motion, the Court:

GRANTS the Motion; and

ORDERS the Clerk of the Court to issue a check payable to Henry Borla Dupa n the amount of One Hundred and Fifty Thousand dollars ($150,000.00) and sent to:

      U. S. Department of Justice
      Embassy of the United States of America
      Room 1038/1040 Chancery Annex
      1201 Roxas Blvd., Ermita
      0930 Manila, Philippines
      Attention:  Robert E. Courtney, III
              DOJ Attache

ENTERED this 30th day of January, 2012.



      /S/ Leslie E. Kobayashi
     Leslie E. Kobayashi
     United States District Judge